## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RASHAN MICKENS,** | : | |
| **Plaintiff** | : | **No. 1:24-cv-00190** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **SHARON CLARK,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, on this 24th day of March 2026, upon consideration of pro se Plaintiff Rashan Mickens's amended complaint (Doc. No. 20), Defendant Sharon Clark's unopposed motion to dismiss Mickens's amended complaint under Federal Rule of Civil Procedure 12(b)(6) and supporting brief (Doc. Nos. 22, 23), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Mickens's amended complaint (Doc. No. 20) is **DISMISSED WITH PREJUDICE**;

2. Clark's Rule 12(b)(6) motion to dismiss (Doc. No. 22) is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania